**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-24452-CMA


CARLOS BRITO,

      Plaintiff,

v.

RALGO DORAL LLC, THE COFFEE POT
THE COFFEE POT USA INC and
ESPECIALIDADES ORIENTALES CORP
D/B/A SALON CANTON RESTAURANT,

      Defendants.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, CARLOS BRITO, and Defendant, RALGO DORAL LLC, THE COFFEE POT THE COFFEE POT USA INC and ESPECIALIDADES ORIENTALES CORP D/B/A SALON CANTON RESTAURANT, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending completion of certain terms of the Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice upon completion of certain terms of the Settlement Agreement, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this January 3, 2025.

/s/ Anthony J. Perez
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *John D. Kallen*
JOHN D. KALLEN
Florida Bar No.: 277428
HAMILTON, MILLER & BIRTHISEL, LLP
100 South Ashley Drive, Suite 1210
Tampa, Florida 33602
Telephone No. (813) 223-1900
E-Mail: jkallen@hamiltonmillerlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 3, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: /s/ *Anthony J. Perez*
    ANTHONY J. PEREZ

2