**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-24452-CMA

CARLOS BRITO,

     Plaintiff,

v.

RALGO DORAL LLC, THE COFFEE POT
THE COFFEE POT USA INC and
ESPECIALIDADES ORIENTALES CORP
D/B/A SALON CANTON RESTAURANT,

     Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, RALGO DORAL LLC, THE COFFEE POT THE COFFEE POT USA INC and ESPECIALIDADES ORIENTALES CORP D/B/A SALON CANTON RESTAURANT ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on January 13, 2025.

1

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff, Carlos Brito*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445

Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: ___*/s/_Anthony J. Perez*_____
          ANTHONY J. PEREZ
          Florida Bar No.: 535451

**HAMILTON,  MILLER  &  BIRTHISEL,  LLP**
*Attorneys for Defendant*s
100 South Ashley Drive, Suite 1210
Tampa, Florida 33602
Telephone No. (813) 223-1900
E-Mail:  jkallen@hamiltonmillerlaw.com

By */s/ John D. Kallen*
JOHN D. KALLEN
Florida Bar No.: 277428

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on January 13, 2025.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ